UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNARCO MATERIAL HANDLING, INC.,

                Plaintiff,

-v-

KINGWAY INCA CLYMER HOLDINGS, INC.
and AMERICAN CAPITAL STRATEGIES, LTD.,

                Defendants.

Index No. 08 CV 2394 (VM)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK:
                 : SS
COUNTY OF NEW YORK:

       Kate Hooker, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281.

    2.    On the 11th day of March, 2008, pursuant to Federal Rules of Civil Procedure 4(h)(1) and 4(e)(1) and Maryland Rules of Civil Procedure Rule 2-121, I served a true and correct copy of the

- Summons in a Civil Action
- Complaint

by depositing a true copy via certified mail number 7001 2510 0004 9170 7019, return receipt requested, under the exclusive care and custody of the US Postal service within the city and state of New York, addressed to the following:

    American Capital Strategies, Ltd.
    Two Bethesda Metro Center, 14th Floor
    Bethesda, MD 20814
    Attn: Compliance Office

    3.    In addition, pursuant to opposing counsel's agreement to accept service on behalf of the defendants, on March 10, 2008 I sent a copy of the summons and complaint via federal express to John C. Massaro, c/o Arnold & Porter LLP, 555 Twelfth Street, NW, Washington, DC 20004-1206. Mr. Massaro agreed to accept service as of March 12, 2008.

                                              _____
                                              Kate Hooker

Sworn to before me on this
12th day of March 2008

_____
USActive 12248394.1

Neil A. Ulman
Notary Public, State of New York
No. 01-UL6091176
Qualified in Queens County
Certificate Filed in New York County
Commission Expires 2/28/10