UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNARCO MATERIAL HANDLING, INC.,

                            Plaintiff,

-v-

KINGWAY INCA CLYMER HOLDINGS, INC.
and AMERICAN CAPITAL STRATEGIES, LTD.,

                            Defendants.

Index No. 08 CV 2394 (VM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK:
                     : SS
COUNTY OF NEW YORK:

        Kate Hooker, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281.

2.    On the 11th day of March, 2008, pursuant to Federal Rules of Civil Procedure 4(h)(1) and 4(e)(1) and Texas Rules of Civil Procedure, Rules of Practice in the District and County Courts Rule 21a, I served a true and correct copy of the

- Summons in a Civil Action

- Complaint

by depositing a true copy via certified mail number 7001 2510 0004 9170 7116, return receipt requested, under the exclusive care and custody of the US Postal service within the city and state of New York, addressed to the following:

    Kingway Inca Clymer Holdings, Inc.
    501 East Purcell Road
    Lewisville, TX 75057
    Attn: Jim Levine

3.    In addition, pursuant to opposing counsel's agreement to accept service on behalf of the defendants, on March 10, 2008 I sent a copy of the summons and complaint via federal express to John C. Massaro, c/o Arnold & Porter LLP, 555 Twelfth Street, NW, Washington, DC 20004-1206. Mr. Massaro agreed to accept service as of March 12, 2008.

                                                        */s/ Kate Hooker*
                                                        Kate Hooker

Sworn to before me on this
12th day of March 2008

*/s/ Neil G. Ellman*

USActive 12253428.1