UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNARCO MATERIAL HANDLING, INC.,

                Plaintiff,

-against-

KINGWAY INCA CLYMER HOLDINGS, INC. and AMERICAN CAPITAL STRATEGIES, Ltd.,

                Defendants.

1:08-cv-02394-VM

**NOTICE OF APPEARANCE**

---

COUNSEL:

    PLEASE TAKE NOTICE that the undersigned attorney hereby appears in the above-captioned proceeding as counsel of record for Plaintiff Unarco Material Handling, Inc. Plaintiff hereby requests that copies of all notices and pleadings and papers given or filed in this case from this date forward be served upon the undersigned at the address stated below.

Dated: New York, New York
         March 13, 2008

                              CADWALADER, WICKERSHAM & TAFT LLP

                              By: _____
                                    Joshua R. Weiss (JW-9959)

                              One World Financial Center
                              New York, New York 10281
                              212.504.6225 (t)
                              212.504.6666 (f)
                              jweiss@cwt.com

                              *Attorneys for Plaintiff Unarco Material Handling, Inc.*