*Marrero J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNARCO MATERIAL HANDLING, INC.,

              Plaintiff,

    - against -

KINGWAY INCA CLYMER HOLDINGS, INC. and
AMERICAN CAPITAL STRATEGIES, Ltd.,

              Defendants.
-----------------------------------------------------------x

08 CV 2394 (VM)

**STIPULATION AND ORDER**

Electronically Filed

    IT IS HEREBY STIPULATED AND AGREED, by and among the plaintiff and the defendants herein, by each of their respective undersigned counsel, that the time for defendants to answer, move against, or otherwise respond to the complaint is extended from April 1, 2008 to and including April 15, 2008.

Dated: New York, New York
          March 25, 2008

FRIEDMAN KAPLAN SEILER &
    ADELMAN LLP

By: _____
Scott Berman (SB-4023)
1633 Broadway
New York, NY 10019
(212) 833-1100

*Attorneys for Defendants*

CADWALADER, WICKERSHAM &
    TAFT LLP

By: _____
Howard R. Hawkins (HH-2787)
Joshua R. Weiss (JW-9959)
One World Financial Center
New York, New York 10281
(212) 504-6225

*Attorneys for Plaintiff*

SO ORDERED: 26 March 2008

_____
United States District Judge
Victor Marrero

596574.1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-08