UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNARCO MATERIAL HANDLING, INC.,   :
                                  :   Case No. 08 CV 2394 (VM)
                Plaintiff,        :
                                  :
   - against -                    :
                                  :   **Filed Electronically**
KINGWAY INCA CLYMER HOLDINGS, INC. and :
AMERICAN CAPITAL STRATEGIES, Ltd.,   :
                                  :
                Defendants.       :
------------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS KINGWAY INCA CLYMER HOLDINGS, INC. AND AMERICAN CAPITAL STRATEGIES, LTD.

Defendants Kingway Inca Clymer Holdings, Inc. ("Kingway") and American Capital Strategies, Ltd. ("American Capital"), through their undersigned attorneys, declare as follows:

American Capital, a publicly held Delaware corporation whose common stock trades principally on the NASDAQ, owns more than 10% of Kingway's stock. There is no other publicly held corporation that owns more than 10% of Kingway's stock.

No publicly held corporation owns more than 10% of American Capital's stock.

601413.1

Dated: New York, New York
April 15, 2008

          FRIEDMAN KAPLAN SEILER &
          ADELMAN LLP

          By: /s/ Scott M. Berman
          Scott M. Berman (SB-4023)
          1633 Broadway
          New York, New York 10019
          (212) 833-1100
          (212) 833-1250 (fax)

*Attorneys for Defendants Kingway Inca Clymer Holdings, Inc. and American Capital Strategies, Ltd.*