Case 1:08-cv-02394-VM    Document 10    Filed 04/22/2008    Page 1 of 1

# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
PAUL J. FISHMAN
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
GERALD ADLER
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
ANDREW W. SCHILLING
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
MALA AHUJA HARKER

1633 BROADWAY

NEW YORK, NY 10019-6708

TELEPHONE (212) 833-1100

FACSIMILE (212) 833-1250

WWW.FKLAW.COM

WRITER'S DIRECT DIAL
(212) 833-1120

WRITER'S DIRECT FAX
(212) 373-7920

E-MAIL
SBERMAN@FKLAW.COM

HARVEY WEISSBARD
NORMAN ALPERT
ANDREW A. QUARTNER
COUNSEL

LISA S. GETSON
GAURAV I. SHAH
ASAF REINDEL
JOHN N. ORSINI
JEFFREY R. WANG
MYRIAM FORD
SHIRA D. WEINER
CHAD M. LEICHT
JASON C. RUBINSTEIN
JONATHAN GOTTFRIED
BARBARA GRAVES-POLLER
MICHAEL A. GORDON
DANYA SHOCAIR REDA
ROBERT S. LANDY
RICKIE M. SONPAL
STEVEN E. FRANKEL
NIKETH VELAMOOR
LILI ZANDPOUR
DANIEL R. GREENBERG
DAVID N. SLARSKEY
KEVIN S. HAEBERLE
SHEELA V. PAI
AMY LURIA
JENNIFER P. KRAKOWSKY

April 22, 2008

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4-23-08

BY FACSIMILE

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

Re:  *Unarco Material Handling, Inc. v. Kingway Inca Clymer Holdings, Inc. and American Capital Strategies, Ltd.*, 08 CV 2394 (VM)

Dear Judge Marrero:

My firm represents defendants Kingway Inca Clymer Holdings, Inc. and American Capital Strategies, Ltd. in the above-referenced action. Due to scheduling conflicts, I write to respectfully request an adjournment of the initial case management conference in this matter from May 23, 2008 at 11:00 a.m. to May 30, 2008 at 9:30 a.m. Opposing counsel has consented to this requested adjournment. There have been no prior requests for adjournments or extensions of time in this action.

Respectfully submitted,

Scott M. Berman

cc:  Howard R. Hawkins, Esq.
     Joshua R. Weiss, Esq.

604457 1

> Request GRANTED. The *initial status* conference herein is rescheduled to 5-30-08 at 9:30 a.m.
>
> SO ORDERED.
>
> 4-22-08
> DATE          VICTOR MARRERO, U.S.D.J.