UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNARCO MATERIAL HANDLING, INC.,

                Plaintiff,

-against-

KINGWAY INCA CLYMER HOLDINGS, INC. and
AMERICAN CAPITAL STRATEGIES, LTD.,

                Defendants.

08 CV 2394 (VM)

**STIPULATION AND ORDER**

Electronically Filed

---

IT IS HEREBY STIPULATED AND AGREED, by and among the Plaintiff and the Defendants herein, by each of their respective undersigned counsel, that the time for Plaintiff to reply, move against, or otherwise respond to Defendants' counterclaims is extended from May 8, 2008 to and including May 16, 2008.

Dated:    New York, New York
            May 5, 2008

FRIEDMAN KAPLAN SEILER
  & ADELMAN LLP

By: _____
Scott Berman (SB-4023)
1633 Broadway
New York, NY 10019
212.833.1100

*Attorneys for Defendants*

CADWALADER, WICKERSHAM
  & TAFT LLP

By: _____
Joshua R. Weiss (JW 9959)
One World Financial Center
New York, NY 10281
212.504.6000

*Attorneys for Plaintiff*

SO ORDERED: 6 May 2008

_____
United States District Judge
**Victor Marrero**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-6-08