MARRERO, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNARCO MATERIAL HANDLING, INC.,

     Plaintiff,

  - against -

KINGWAY INCA CLYMER HOLDINGS, INC. and
AMERICAN CAPITAL STRATEGIES, Ltd.,

     Defendants.
------------------------------------------------------------x

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 8-25-08 |

08 CV 2394 (VM)

**STIPULATION AND ORDER**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that this action is hereby dismissed, with prejudice, each party to bear its own costs.

Dated: New York, New York
   August 8, 2008

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

By: _Scott Berman / JK_
Scott M. Berman (SB-4623)
1633 Broadway
New York, NY 10019
(212) 833-1100
sberman@fklaw.com

*Attorneys for Defendants*

CADWALADER, WICKERSHAM &
TAFT LLP

By: _____
Howard R. Hawkins (HH-2787)
Joshua R. Weiss (JW-9959)
One World Financial Center
New York, New York 10281
(212) 504-6225
Howard.hawkins@cwt.com
Joshua.weiss@cwt.com

*Attorneys for Plaintiff*

SO ORDERED: 24 August 2008

_____
Victor Marrero
United States District Judge

6331677.1